IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL CONIKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 22-1184 |
| | ) |
| BISHOP JEFFREY MONFORTON, et. al. | ) |
| | ) |
| Defendants. | ) |

## ORDER

On February 23, 2023, after addressing Motions to Dismiss Plaintiff Michael Coniker's second Amended Complaint (filed by twelve of the fourteen Defendants), the Court dismissed the Amended Complaint with prejudice and closed this case. Mem. Op. and Order, Feb. 23. 2023 (ECF No. 75). Presently before the Court are Mr. Coniker's two post-dismissal Motions to Reopen the Case (ECF Nos. 77 & 78), Motions for a Public View Investigation and/or Public View Interactive Investigation (ECF Nos. 77 & 78), a Motion to Act on the Record to Obtain a Licensed Attorney to Serve as 2nd Chair (ECF No. 77), a Motion to Appoint a Paralegal to Publicly Interact with Plaintiff (ECF No. 78), and Motions to Remove Resource Solutions, LLC as a Plaintiff in this matter (ECF Nos. 77 & 78).

In his Motions to Reopen this case, Mr. Coniker does not address, much less challenge, the legal basis supporting the dismissal of Mr. Coniker's second Amended Complaint for failure to state a claim upon which relief can be granted. Therefore, the Court concludes that there is no good cause presented to justify reopening this case. Accordingly, the Motions to Reopen the case, ECF Nos. 77 & 78, are DENIED.

The Motions to Remove Resource Solutions, LLC as a Plaintiff are DISMISSED as moot, because the Court dismissed Resource Solutions, LLC from this action on February 23, 2023. ECF No. 75, at 12 ¶ F.

The remaining Motions filed at ECF Nos. 77 & 78 are DENIED because this case is closed.

IT IS FURTHER ORDERED that if Plaintiff desires to file an appeal, he must do so consistent with Federal Rule of Appellate Procedure 3 (**Appeal as of Right – How Taken**) and Federal Rule of Appellate Procedure 4(a)(1) (**Appeal as of Right – When Taken**)[1].

IT SO ORDERED, this 1st day of March 2023.

    s/*Marilyn J. Horan*
Marilyn J. Horan
United States District Judge

cc:    Michael Coniker, pro se
      556 Union Avenue Ext.
      Pittsburgh, PA 15229

---

[1] In most civil cases "the notice of appeal required by Rule 3 must be filed with the district clerk within 30 days after entry of the judgment or order appealed from." Fed. Rule App. Proc. 4(a)(1)(A).